| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court)<br>1:CR-00-201-01 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court)<br>07-751-RSH |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT<br>Middle District/PA | DIVISION<br>Harrisburg |
|---|---|---|
| Dimas Orellana-Perez<br><br>(Incarcerated) | NAME OF SENTENCING JUDGE<br>Honorable Sylvia H. Rambo, United States District Judge | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>11/19/04    TO<br>11/18/07 |

**OFFENSE**
8 USC § 1326(b) - Re-Entry of Deported Alien After Conviction for Aggravated Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     Middle        DISTRICT OF    Pennsylvania

       IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_Aug. 7, 2007_
Date                    _[signature]_
                             United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE        DISTRICT OF    New Jersey

       IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

HARRISBURG, PA

NOV 0 7 2007

MAR_____ _____
P_____ _____
Deputy Clerk _____

_10/19/07_                _[signature]_
Effective Date                      United States District Judge

RECEIVED
NOV - 7 2007
U.S. PROBATION OFFICE
HARRISBURG, PA