Clerk, U.S. District Court
                                            P.O. Box 983
                                            Harrisburg, PA 17108

November 9, 2007

Clerk, U.S. District Court, District of New Jersey
Office of the Clerk
M.L. King Jr., Federal Bldg and US Courthouse
50 Walnut Street, POB 419
Newark, NJ 01701-419

Re: USA v. Dimas Orellana-Perez
1:00-cr-201(01)  (MD of PA)
 07:cr-851 (District of NJ)

Dear Clerk:

Pursuant to the enclosed transfer of supervision jurisdiction order, enclosed are certified copies of indictment, judgment and commitment, plea agreement, docket sheet.

Please acknowledge receipt of this mailing by signing and returning the enclosed copy of this letter.

Sincerely,

Mary E. D'Andrea, Clerk


Pamela Warner
Deputy Clerk


Received by: _Jen L. Nelson_
Date Received: _11-14-07_